■ SONIA RAMIREZ, Individually and as Administratrix of the Estate of DENNIS RAMIREZ, Deceased, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant, et al., Defendants. [868 NYS2d 65]—

Unlike the situation in *Lewis v City of New York* (17 Misc 3d 559 [2007]), the record in this case does not show that the party obligated to produce documents " 'has repeatedly failed to comply with discovery orders' " (*id.* at 564, quoting *Figdor v City of New York*, 33 AD3d 560, 561 [2006]). Under the circumstances, it was an improvident exercise of discretion to impose the requirements of *Lewis* on defendant. Plaintiff's assertion that defendant, in fact, has failed to comply with discovery orders is based on matters outside the record and therefore cannot be considered on appeal (*see Walker v City of New York*, 46 AD3d 278, 282 [2007]; *Scotto v Mei*, 219 AD2d 181, 183-184 [1996]). However, we decline to strike plaintiff's entire brief. In light of our disposition of the appeal, we need not reach defendant's constitutional argument. Concur—Tom, J.P., Nardelli, McGuire, Acosta and DeGrasse, JJ.